# EXHIBIT 3


© 2020 David Oppenheimer

flickr.com/photos/47696063@N00/50088979431

Incognito

flickr Explore MODE Get Pro

Photos, people, or groups

Log In Sign Up

Back to photostream




David Oppenh...

PRO David Op...

Follow

**Palos Park, Illinois Real Estate - Neighborhood Aerial View**

Palos Park, Illinois neighborhood homes real estate aerial view - © 2020 David Oppenheimer - Performance Impressions aerial photography archives - performanceimpressions.com

3,896 views • 4 faves • 0 comments

Uploaded on July 8, 2020

Taken on July 1, 2015

Nikon D4S

70.0-200.0 mm f/2.8

Show settings

Congressional District 3, Illinois, United States




## Comments (0)

This site uses cookies to improve your experience and to help show content that is more relevant to your interests. By using this site, you agree to the use of cookies by Flickr and our partners as described in our cookie policy.

57°F Clear

Search

9:59 PM
9/13/2026