# EXHIBIT 4

Captured at: 2024/08/20 11:03 AM URL: https://www.theralphieandryanshow.com/uploads/agent-1/palos_park.p






# 10 BEST SOUTH CHICAGO SUBURBS

Are you ready to uncover the best-kept secrets of Chicago's southern suburbs? Look no further! Join us on an exciting journey as we unveil the top 10 most captivating and sought-after suburbs in the South. From safe neighborhoods and exceptional schools to vibrant downtowns and lush green spaces, these suburbs have it all! Discover the hidden gems, explore the unique amenities, and find your dream home in these welcoming communities. Whether you're a young family, a seasoned professional, or a retiree seeking tranquility, these suburbs have something for everyone. So buckle up, and get ready to embark on an unforgettable tour of the **Top 10 South Chicago Suburbs!** Let's go!




## 10. Palos Heights



Located just **35 minutes from the Chicago Loop via I-55 S**, Palos Heights provides the perfect balance of peaceful living with easy access to urban amenities. The strong park district and local pool offer plenty of recreational opportunities for residents to enjoy.

In addition to its delightful recreational offerings like Lake Katherine, Palos Heights boasts a strong sense of community. St. Spyridon Greek Orthodox Church serves as a spiritual and cultural hub, enhancing the neighborhood's rich identity.

Palos Heights is also proud to have Northwestern Medicine Palos Hospital nearby, ensuring residents have access to quality healthcare right within the community.

**With a median home value of $370,000 as of June 2023,** Palos Heights offers affordable real estate, making it an attractive choice for prospective homeowners.

Discover the suburban tranquility of Palos Heights, where good schools, a safe community, and a strong sense of community spirit create an exceptional living experience. If you're looking for a charming neighborhood with a lot to offer, Palos Heights might just be your perfect match.

## 9. Lockport



Lockport offers a peaceful suburban lifestyle with easy access to various amenities.

The city's park district, established in 1945, manages and maintains 38 parks and recreational programs, enriching the community's quality of life. Residents can enjoy engaging in sports, playgrounds, pavilions for gatherings, and open spaces for children to play.

[illegible]



[illegible]



[illegible]



[illegible]

## 5. Frankfort



Welcome to Frankfort, the **"Jewel of the South Suburbs"** and the premier community in Will County. Located just 37 miles southwest of Chicago, Frankfort offers a perfect balance of a quintessential small-town setting with access to big-city amenities.

Frankfort's historic downtown is the heart of the community, hosting a wide variety of family-friendly events that create a vibrant town center. Residents enjoy unique **shopping experiences, boutiques, and plenty of outdoor dining options,** creating a relaxed and memorable atmosphere.

This charming village takes pride in its high-quality distinctive housing, excellent education system, and commitment to enhancing community lifestyles. With a strong volunteer spirit, residents actively contribute to making Frankfort a great place to live.

Strategically located and accessible, Frankfort provides easy connections to major highways like I-80, I-57, and I-355, making it convenient to reach Chicago's north, west, and northwest suburbs. O'Hare and Midway airports are also within reach for travel ease.

Real estate options are attractive, with a single-family detached **median home value of $450,000,** and new construction homes at a median value of $696,337 as of June 2023. If you seek a welcoming community with a relaxed pace and excellent amenities, Frankfort may be your perfect destination.

## 4. Lemont



Lemont is conveniently connected to downtown Chicago through the Metra line, providing easy access for commuters.

Lemont's historic downtown area is a true gem, featuring canal-side dining, breweries like Pollyanna Brewery, and picturesque bridge canal walks. The village's commitment to preserving its historical character while embracing modern development is evident in the ongoing **Downtown Lemont Plan, which aims to revitalize the area with $250 million in retail, residential, and office projects.**

When it comes to housing, Lemont offers a diverse array of styles and prices. From well-preserved homes built in the late 1800s to newly constructed custom-built and luxury residences, there's something for every taste and budget. As of June 2023, the median home value for new construction is $787,034, while traditional single-family detached resale **homes are valued at $533,500.**

In addition to its housing options, Lemont hosts a wide range of family events and activities, such as the popular Forge Fest, celebrating its 3rd year with food trucks, live performances, and a spectacular firework show.

With its strong sense of community, historic charm, variety of homes, and exciting downtown developments, Lemont presents an alluring choice for those looking to settle down in a picturesque suburban haven just outside the hustle and bustle of Chicago.

## 3. Palos Hills



Welcome to Palos Hills, a charming city located just 16 miles southwest of the Loop, making it an ideal southwest suburb of Chicago. Palos Hills is known for its great schools, safe and low-crime environment, and unique real estate opportunities.

Nestled on elevated and heavily timbered Mount Forest Island on the eastern side of the Valparaiso Moraine, **Palos Hills offers a picturesque and tranquil setting.**

For those interested in real estate investment, Palos Hills occasionally has multi-unit properties available, making it an attractive option for house hacking.

The city also boasts some of the most unique condos in the Chicagoland area, providing a wide range of housing options for potential buyers.

Homebuyers can find **median home values for single-family detached homes around $350,000**, while townhouses and condos are available around the $200,000 mark

**Palos Hills is also known for its thriving Greek community**, offering a taste of Greek culture and cuisine. From the popular Palos Hills Greek Fest, residents can enjoy the flavors and traditions of Greece right in their neighborhood.

Experience the charm of Palos Hills, where history, culture, and excellent real estate opportunities come together to create a truly special place to call home.

## 2. Homer Glen



Welcome to Homer Glen, a unique village located just 32 miles southwest of downtown Chicago, in Homer Township, Will County, Illinois. This charming community offers a safe and low-crime environment, making it a perfect choice for families.

Homer Glen boasts a strong public school system and a distinctive blend of open space, beautiful residential developments, and vibrant commercial corridors with **significant growth potential.** The bustling 143rd/Bell Business District is home to over 710,500 square feet of retail space, anchored by big box stores and grocers, offering convenience to residents.

With approximately 22 square miles of land currently, the village has the opportunity to expand further to about 25 square miles, making it an attractive area for future growth.

Nature enthusiasts will find plenty to explore, **with 13 village community parks, 17 miles of multi-use trails, and access to 1,300 acres of public land** managed by the Will County Forest Preserve District.

Real estate options in Homer Glen are diverse, including new construction homes, luxury custom homes, and various subdivisions. As of June 2023, the **median home value for a single-family detached home is $450,000,** while new-construction homes have a median value of $880,204.

Discover the charm and potential of Homer Glen, where you can find spacious 6,000-square-foot homes for under a million dollars if you keep a keen eye on the market.

## 1. Palos Park



Nestled amidst Cook County's thickly forested hills, Palos Park offers a serene retreat just 19 miles SW of the Loop. Its profound natural features, creeks, and wooded landscapes set it apart, surrounded by the Cook County Forest Preserves. **This artists' colony turned thriving community boasts a small-town feel,** cherished by residents of all ages.

Palos Park's education system ranks high nationally, emphasizing community involvement and lifelong learning. The village's low crime rate adds to its appeal for families. Outdoor enthusiasts will relish the **11,000 acres of Forest Preserve property, perfect for hiking, biking, fishing, and more.**

Homes in Palos Park reflect its diverse charm, from mid-century modern to custom-built residences, all graced with large lots surrounded by lush greenery. The **median home value for a single-family detached home is $599,500 as of June 2023.**

The Western Growth Area Master Plan ensures unique home designs that preserve the village's history and character. With efficient Pace Bus services and a population of around 4,800, Palos Park remains a cherished oasis for those seeking a tranquil and artistically inspired suburban haven.




POSTED BY RAFAEL VELASCO ON AUGUST 14TH, 2023

### RELATED LINKS

Best Northern Chicago Suburbs

Best Western Chicago Suburbs

Wealthiest Chicago Suburbs

### Leave A Comment

Full Name - required

Email Address - required

Website Link

e.g. yourwebsitename.com

Comment - required

SUBMIT COMMENT

PLEASE NOTE THAT YOUR EMAIL ADDRESS IS KEPT PRIVATE UPON POSTING.

BLOG NAVIGATION
- ALL CATEGORIES
- BEST OF CHICAGO SUBURBS
- LOCATIONS
  - AURORA
  - CLARENDON HILLS
  - DOWNERS GROVE
  - GENEVA
  - GLEN ELLYN
  - ELMHURST
  - HINSDALE
  - NAPERVILLE
  - NORTHLAKE
  - WESTERN SPRINGS
  - WHEATON
- BEST OF CHICAGO WESTERN SUBURBS
  - BEST OF NAPERVILLE
- BUYING A HOME
  - HOME BUYER GUIDES
- SELLING A HOME
  - HOME SELLER GUIDES
- BUILDING A HOUSE
- REAL ESTATE INVESTING

ARCHIVES
- AUGUST 2024
- JULY 2024
- DECEMBER 2023
- NOVEMBER 2023
- OCTOBER 2023
- SEPTEMBER 2023
- AUGUST 2023
- JULY 2023
- JUNE 2023
- MAY 2023
- APRIL 2023
- MARCH 2023
- FEBRUARY 2023
- JANUARY 2023
- DECEMBER 2022
- NOVEMBER 2022
- OCTOBER 2022
- SEPTEMBER 2022
- AUGUST 2022
- JULY 2022
- JUNE 2022

RSS FEED



© 2024 REAL ESTATE WEBMASTERS ALL RIGHTS RESERVED.
XML Sitemap • Listings Site Map • Sitemap • Privacy Policy

REAL ESTATE WEBMASTERS

THE DATA RELATING TO REAL ESTATE FOR SALE ON THIS WEBSITE COMES IN PART FROM THE BROKER RECIPROCITY PROGRAM OF MIDWEST REAL ESTATE DATA LLC. REAL ESTATE LISTINGS HELD BY BROKERAGE FIRMS OTHER THAN REAL PEOPLE REALTY ARE MARKED WITH THE BROKER RECIPROCITY LOGO OR THE BROKER RECIPROCITY THUMBNAIL LOGO (A LITTLE BLACK HOUSE) AND DETAILED INFORMATION ABOUT THEM INCLUDES THE NAMES OF THE LISTING BROKERS. SOME PROPERTIES WHICH APPEAR FOR SALE ON THIS WEBSITE MAY SUBSEQUENTLY HAVE SOLD AND MAY NO LONGER BE AVAILABLE. THE INFORMATION BEING PROVIDED IS FOR CONSUMERS' PERSONAL, NON-COMMERCIAL USE AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO IDENTIFY PROSPECTIVE PROPERTIES CONSUMERS MAY BE INTERESTED IN PURCHASING. INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED. MANY HOMES CONTAIN RECORDING DEVICES, AND BUYERS SHOULD BE AWARE THEY MAY BE RECORDED DURING A SHOWING.

LISTING INFORMATION LAST UPDATED ON AUGUST 20TH, 2024 AT 9:53AM CDT.